**Exhibit A**

**Doe #1 (68.161.109.56 2005-12-28 03:59:39 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Elektra Entertainment Group Inc. | Bjork | New World | Selmasongs | 267-232 |
| Elektra Entertainment Group Inc. | The Cure | Close to Me | The Head on the Door | 65-872 |
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| Warner Bros. Records Inc. | Green Day | Pulling Teeth | Dookie | 185-457 |
| UMG Recordings, Inc. | U2 | All I Want Is You | Rattle & Hum | 99-818 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| Capitol Records, Inc. | Norah Jones | Seven Years | Come Away With Me | 320-120 |

# Exhibit A

## Doe #2 (129.44.253.93 2005-12-30 13:23:21 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| Caroline Records, Inc. | Smashing Pumpkins | Siva | Gish | 140-511 |
| Virgin Records America, Inc. | Smashing Pumpkins | Zero | Mellon Collie and the Infinite Sadness | 183-904 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Vitamin | SCIENCE | 249-690 |
| Arista Records LLC | Avril Lavigne | Losing Grip | Let Go | 312-786 |
| Arista Records LLC | TLC | I Miss You So Much | Fanmail | 298-454 |

## Exhibit A

**Doe #3 (141.157.14.253 2006-01-06 01:21:12 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sister Sledge | We Are Family | We Are Family | 6-182 |
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | LL Cool J | Father | Phenomenon | 243-497 |
| UMG Recordings, Inc. | Ready For the World | Love You Down | Long Time Coming | 78-842 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | One More Try | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Next | Beauty Queen | Welcome II Nextasy | 284-980 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |

**Exhibit A**

**Doe #4 (141.157.207.28 2005-12-02 06:43:36 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Pieces of You | Pieces of You | 198-481 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Toni Braxton | Just Be A Man About It | The Heat | 287-194 |
| Arista Records LLC | Toni Braxton | 7 Whole Days | Toni Braxton | 208-619 |
| Arista Records LLC | Usher | Just Like Me | My Way | 257-730 |

Exhibit A

**Doe #5 (68.161.213.21 2005-12-05 05:57:55 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Pieces of You | Pieces of You | 198-481 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Toni Braxton | Just Be A Man About It | The Heat | 287-194 |
| Arista Records LLC | Toni Braxton | 7 Whole Days | Toni Braxton | 208-619 |
| Arista Records LLC | Usher | Just Like Me | My Way | 257-730 |

## Doe #6 (141.157.111.154 2005-12-06 00:40:45 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| UMG Recordings, Inc. | Brian McKnight | Hold Me | Brian McKnight | 146-631 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | The Power of Love | The Colour of My Love | 191-558 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Two Out Of Three Ain't Bad | Bat Out Of Hell | N46849 |
| Arista Records LLC | Ace of Base | Cruel Summer | Cruel Summer | 189-302 |
| Arista Records LLC | TLC | Switch | CrazySexyCool | 198-743 |

## Exhibit A

## Doe #7 (68.161.97.34 2005-12-06 05:16:14 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Love Takes Time | Mariah Carey | 118-408 |
| Arista Records LLC | Pink | There You Go | Can't Take Me Home | 279-958 |
| Arista Records LLC | Usher | My Way | My Way | 257-730 |

## Doe #8 (151.196.178.150 2005-12-09 03:38:52 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Fire It Up | When Disaster Strikes | 258-724 |
| Elektra Entertainment Group Inc. | Tamia | Dear John | A Nu Day | 293-084 |
| UMG Recordings, Inc. | Janet Jackson | When I Think of You | Control | 69-529 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Never Keeping Secrets | For The Cool In You | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Whip Appeal | Tender Lover | 106-822 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| Arista Records LLC | Whitney Houston | I'm Your Baby Tonight | I'm Your Baby Tonight | 137-024 |
| Arista Records LLC | Whitney Houston | You Give Good Love | Whitney Houston | 60-716 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |

**Exhibit A**

**Doe #9 (162.83.205.176 2005-12-09 15:40:35 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Virgin Records America, Inc. | Soul II Soul | Back To Life | Keep On Movin | 105-226 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | DMX | Dogs For Life | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | DMX | Stop Being Greedy | It's Dark And Hell Is Hot | 252-613 |
| UMG Recordings, Inc. | Elton John | Philadelphia Freedom | Captain Fantastic | N26203 |
| UMG Recordings, Inc. | Elton John | Something About The Way You Look Tonight | The Big Picture | 248-256 |
| SONY BMG MUSIC ENTERTAINMENT | The Manhattans | Kiss and Say Goodbye | The Manhattans | 55-771 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |

## Doe #10 (68.160.12.103 2005-12-13 00:18:18 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Foolish Games | Pieces of You | 198-481 |
| Capitol Records, Inc. | White Town | Your Woman | Women in Technology | 231-659 |
| Priority Records LLC | NWA | Express Yourself | Straight Outta Compton | 150-531 |
| UMG Recordings, Inc. | Eddie Santiago | Lluvia | Musical de Eddie Santiago | 212-161 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | Gone Till November | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |
| Fonovisa, Inc. | Noelia | Fuera | Golpeando Fuerte | 291-381 |

## Exhibit A

## Doe #11 (162.83.148.251 2005-12-15 01:10:26 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Paula Abdul | My love for real | Head Over Heels | 175-823 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Vision Of Love | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Leave Me Alone | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Give In To Me | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | No Ordinary Love | Love Deluxe | 183-731 |

Exhibit A

## Doe #12 (68.237.116.161 2005-12-28 08:40:17 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Can't Let Go | Emotions | 134-831 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | K-I-Ss-I-N-G | I Am | 175-149 |
| BMG Music | Shalamar | This Is For the Lover in You | Three For Love | 28-517 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Flyest | Stillmatic | 305-698 |
| BMG Music | Busta Rhymes | What It Is | Genesis | 312-547 |

## Exhibit A

## Doe #13 (162.83.227.172 2005-12-31 08:11:21 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Paula Abdul | My love for real | Head Over Heels | 175-823 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Vision Of Love | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Leave Me Alone | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Give In To Me | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | No Ordinary Love | Love Deluxe | 183-731 |

## Doe #14 (68.236.246.5 2006-01-03 15:17:08 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Atlantic Recording Corporation | Tracy Lawrence | Lessons Learned | Lessons Learned | 303-764 |
| Warner Bros. Records Inc. | Green Day | Warning | Warning | 288-352 |
| UMG Recordings, Inc. | Shania Twain | Man! I Feel Like A Woman | Come On Over | 243-502 |
| UMG Recordings, Inc. | Shania Twain | No One Needs to Know | The Woman in Me | 207-884 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Dream Lover | Music Box | 178-631 |
| Arista Records LLC | Whitney Houston | Run To You | Bodyguard Soundtrack | 152-583 |
| Arista Records LLC | Whitney Houston | Same Script, Different Cast | Whitney The Greatest Hits | 284-891 |
| BMG Music | Clint Black | When I Said I Do | D' Lectrified | 270-778 |
| BMG Music | Clint Black | Desperado | Greatest Hits | 227-957 |
| BMG Music | Clint Black | A Better Man | Killin' Time | 105-436 |
| BMG Music | Clint Black | A Good Run Of Bad Luck | No Time to Kill | 168-535 |
| BMG Music | Martina McBride | Still Holding On | Evolution | 240-332 |

## Exhibit A

## Doe #15 (162.84.178.164 2006-01-03 19:06:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Virgin Records America, Inc. | After 7 | One Night | After 7 | 112-721 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| UMG Recordings, Inc. | Mary J. Blige | All That I Can Say | Mary | 268-503 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Miami | Big Willie Style | 249-123 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| UMG Recordings, Inc. | Ja Rule | I Cry | Rule 3:36 | 270-080 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bootylicious | Survivor | 289-199 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Ether | Stillmatic | 305-698 |

## Exhibit A

### Doe #16 (151.205.96.148 2006-01-04 03:03:59 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Bad Religion | Punk Rock Song (German Language Version) | The Gray Race | 224-452 |
| Capitol Records, Inc. | Beastie Boys | Get It Together | Ill Communication | 213-461 |
| Priority Records LLC | Mack 10 | Only in California | Based on a true story | 191-356 |
| Interscope Records | Dr. Dre | Xxplosive | 2001 | 277-983 |
| UMG Recordings, Inc. | Godsmack | Awake | Awake | 293-376 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Clown | Korn | 201-939 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Children of the Korn | Follow the Leader | 263-749 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Make Me Bad | Issues | 276-133 |
| Arista Records LLC | Usher | U Don't Have to Call | 8701 | 307-207 |

## Exhibit A

## Doe #17 (68.161.125.93 2006-01-05 02:17:20 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Erykah Badu | Bag Lady | Mama's Gun | 295-614 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Mary J. Blige | I Can Love You | Share My World | 238-818 |
| UMG Recordings, Inc. | Mary J. Blige | Love No Limit | What's The 411? | 149-212 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | My Baby You | Marc Anthony | 284-194 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |

## Doe #18 (66.171.108.100 2006-01-05 04:58:38 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Fire It Up | When Disaster Strikes | 258-724 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Priority Records LLC | Ice Cube | It Was a Good Day | The Predator | 169-617 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Blind | Korn | 201-939 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| UMG Recordings, Inc. | Dru Hill | I'll Be The One | Enter the Dru | 290-402 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |