UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC RECORDING.<br>CORPORATION, ET. AL.,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>DOES 1 - 18,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06-cv-0166<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given of the appearance of Matthew J. Oppenheim, Esq., 7304 River Falls Drive, Potomac, MD 20854, (301) 299-4986, on behalf of Plaintiffs Atlantic Recording Corporation, Motown Record Company, L.P., Elektra Entertainment Group, Inc., Priority Records LLC, UMG Recordings, Inc., SONY BMG MUSIC ENTERTAINMENT, Arista Records LLC, BMG Music, Capital Records, Inc., Warner Bros. Records Inc., Virgin Records America, Inc., Interscope Records and Fonovisa, Inc.. Peter Strand of Shook, Hardy & Bacon, L.L.P. hereby notifies the Court of his withdrawal as counsel of record for Plaintiffs.

Dated February 15, 2006

*[signature]*
Matthew J. Oppenheim, Esq.
DC Bar #443698
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

Attorney for Plaintiffs Atlantic Recording Corporation, Motown Record Company, L.P., Elektra Entertainment Group, Inc., Priority Records LLC, UMG Recordings, Inc., SONY BMG MUSIC ENTERTAINMENT, Arista Records LLC, BMG Music, Capital Records, Inc., Warner Bros. Records Inc., Virgin Records America, Inc., Interscope Records and Fonovisa, Inc..

SHOOK, HARDY & BACON L.L.P.

*[signature]*
Peter Strand, Esq.
DC Bar No. 481870
Shook, Hardy and Bacon, L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

WITHDRAWING ATTORNEY